UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| HUGO ERNESTO CHAVES, ) | |
| ) | |
| Plaintiff/Appellant, ) | |
| ) | No. 3:12-CV-589-TAV-HBG |
| v. ) | |
| ) | |
| COMMUNICATIONS WORKS OF AMER., ) | |
| ) | |
| Defendant/Appellee. ) | |

**ORDER**

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and Standing Order 13-02. On March 18, 2014, the Court received Mr. Chaves's Application to Proceed In Forma Pauperis on Appeal [Doc. 55], which moves the Court to allow Mr. Chaves to proceed *in forma pauperis* on appeal.

Pursuant to Rule 24 of the Federal Rules of Appellate Procedure, a party who was permitted to proceed *in forma pauperis* in the District Court may proceed *in forma pauperis* on appeal without further authorization, so long as the Court does not find that the appeal is not taken in good faith or that the litigant is otherwise barred from proceeding *in forma pauperis*. See Fed. R. App. P. 24.

Mr. Chaves has represented to the Court that he has been allowed to proceed *in forma pauperis* before this Court, and the record of this case reflects the same. The Court has reviewed Mr. Chaves's request and application [Doc. 55], and the Court cannot find that the proposed appeal would be taken in bad faith or that Mr. Chaves is otherwise barred from proceeding *in forma pauperis*.

Based upon the foregoing, the Court finds that Mr. Chaves's request to proceed *in forma pauperis* on appeal **[Doc. 55]** is well-taken, and it is **GRANTED**.

**IT IS SO ORDERED**.

ENTER:

s/ H. Bruce Guyton
United States Magistrate Judge